**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | Case No. 17-23649-JAD |
| Anthony J. Vidovich, Sr. ) | Chapter 13 |
| Debtor, ) | Docket No. |
| Anthony J. Vidovich, Sr. ) | Hearing Date and Time: |
| Movant, ) | May 29, 2020 at 11:00 a.m. |
| Vs. ) | Responses Due: May 18, 2020 |
| Ronda J. Winnecour, Ch. 13 Trustee, ) | |
| Respondent. ) | |

## MOTION TO DISMISS

Debtor Anthony J. Vidovich, Sr. requests that his chapter 13 be dismissed for the following reasons:

1. Debtor no longer can afford his Chapter 13 payment which has approximately doubled in his case.

2. No party in interest will be prejudiced by this dismissal as all creditors shall retain their pre-petition rights against the Debtor and her property.

3. Counsel is unaware of and the Debtor has not informed Counsel of an any arrangement or agreement that Debtor has been made with any creditor or other person in connection with such application for dismissal.

WHEREFORE, Debtor requests that his case be dismissed without prejudice.

Respectfully submitted,

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
Counsel for the Debtor
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com