**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | Case No. 17-23649-JAD |
| Anthony J. Vidovich, Sr. ) | Chapter 13 |
|     Debtor, ) | Docket No. |
| Anthony J. Vidovich, Sr. ) | Hearing Date and Time: |
|     Movant, ) | May 29, 2020 at 11:00 a.m. |
| Vs. ) | Responses Due: May 18, 2020 |
| Ronda J. Winnecour, Ch. 13 Trustee, ) | |
|     Respondent. ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION TO DISMISS**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion not later than May 18, 2020 (at least seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calender posted on the Court's webpage to verify if a default order was signed or it the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will beheld on May 29, 2020 at 11:00 a.m. before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

                      Respectfully submitted,

Executed on April 28, 2020        /s/ Gary W. Short
                                        Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                        212 Windgap Road, Pittsburgh, PA 15237
                                        Tele. (412) 765-0100 / Fax (412) 536-3977
                                        E-mail garyshortlegal@gmail.com